## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

      v.                          22 -mj-0014

**JEREMIAH CAROLLO**

### NOTICE OF ATTORNEY APPEARANCE

    H. Heather Shaner, appointed by the Court, now formally enters her appearance as attorney of record for defendant.

                          Respectfully submitted,

                          /s/
                          _____
                          H. Heather Shaner #273 276
                          1702 S Street N.W.
                          Washington, D.C. 20009
                          Tel. 202 265 8210
                          hhsesq@aol.com